| | FILED<br>CHARLOTTE, NC | |
|---|---|---|
| **To:** The Honorable Martin Reidinger<br>U.S. District Court Judge | SEP 19 2017 |  |
| **From:** Valerie G. Debnam<br>U.S. Probation Officer | US District Court<br>Western District of NC | |
| **Subject:** Christina P Hardage<br>Case Number: 0419 1:14CR00095-001<br>OUT-OF-COUNTRY TRAVEL | | NORTH CAROLINA WESTERN<br>MEMORANDUM |
| **Date:** 9/18/2017 | | |

On July 21, 2005, Mrs. Hardage appeared before the Honorable J. Phil Gilbert in the Southern District of Illinois on the offense of Conspiracy to Distribute and Possession with Intent to Distribute 500 Grams or More of Methamphetamine in violation of 21 U.S.C. 846 and 841 (a)(1). Mrs. Hardage was sentenced to two hundred forty (240) months imprisonment followed by ten (10) years supervised release. On September 28, 2012, Mrs. Hardage commenced her term of supervision in the Southern District of Illinois. On December 3, 2012, her term of supervision was transferred to the Western District of North Carolina.

Mrs. Hardage has submitted a request to travel to Half Moon Cay Bahamas, on the Carnival Elation Ship. The cruise ship will also port on Nassau, Bahamas Island. Mrs. Hardage will leave on October 9, 2017 and return October 12, 2017.

Mrs. Hardage has maintained a stable residence and employment since she has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mrs. Hardage be allowed to travel to the Bahamas, as long as she remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

RECEIVED
ASHEVILLE, NC
SEP 21 2017
Clerk, U.S. Dist. Court
W. Dist. of N. C.

Signed: September 18, 2017

Martin Reidinger
United States District Judge